UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY C. PARRISH,

Plaintiff,

-against-

DAVID C. HOOVLER; MICHEAL HUGHES; STEPHEN VALASTRO; ORTIZ; CHRISTOPHER GURDA; MATHEW D. WITHEROW; ALEX SMITH,

Defendants.

25-CV-1674 (LLS)

CIVIL JUDGMENT

For the reasons stated in the October 5, 2026 order, this action is dismissed.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.